BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN XUE LI, | No. 11-cv-1260 JAM GGH |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Janet Napolitano, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the denial of an application for an I-730 Asylee Relative Petition. The government requests additional time to prepare an answer to the complaint or other dispositive pleading, as the parties explore the possibility of an administrative resolution to the matter.

The parties therefore stipulate that the time for filing the government's answer and the joint status report be extended to August 30, 2011.

Dated: June 30, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Justin X. Wang
Justin X. Wang
Attorney for the Plaintiffs

-1-

1
2
3
4

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer and the joint status report are due on August 30, 2011.

IT IS SO ORDERED.

DATED: 6/30/2011                              /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE